# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| VSE Corporation | ) ASBCA No. 63617 |
| | ) |
| Under Contract No. N00024-11-D-4229 | ) |

APPEARANCES FOR THE APPELLANT:        Nicole J. Owren-Wiest, Esq.
      Erin N. Rankin, Esq.
      Charles Baek, Esq.
        Crowell & Moring LLP
        Washington, DC

APPEARANCES FOR THE GOVERNMENT:        Samuel W. Morris, Esq.
        DCMA Chief Trial Attorney
      Adrianne L. Goins, Esq.
        Trial Attorney
        Defense Contract Management Agency
        Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  June 4, 2024

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63617, Appeal of VSE Corporation, rendered in conformance with the Board's Charter.

Dated:  June 5, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals